# EXHIBIT A

PO Box 510090
Livonia MI 48151-6090





PDMQ4S00202660

SHIMSHON WEXLER
1118 EMPIRE RD NE
ATLANTA, GA 30329-3847

Account Number: ************4826
Original Creditor: Citibank, N.A.
Current Owner: LVNV Funding LLC
Reference ID: ▓▓▓▓▓4573
Balance: $3,086.92
Accountholder Name: Shimshon Wexler

February 18, 2021

Dear Shimshon Wexler,

Resurgent Capital Services L.P. manages the above referenced account for LVNV Funding LLC and has initiated a review of the inquiry we recently received.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Customer Service Department
Resurgent Capital Services L.P.

**Please read the following important notices as they may affect your rights.**

Unless you notify us within 30 days after receiving this notice that you dispute the validity of this debt, or any portion of it, we will assume this debt is valid. If you notify us in writing within 30 days after receiving this notice that you dispute the validity of this debt, or any portion of it, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of us in writing, within 30 days after receiving this notice, we will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.


*Hours of Operation*
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday


*Address*
PO Box 10497
Greenville, SC 29603


*Contact Numbers*
Toll Free Phone
1-866-464-1187
Toll Free Fax
1-866-467-0960


*Customer Portal*
Portal.Resurgent.com



14378129-INITIAL-CS