# EXHIBIT B

PO Box 510090
Livonia MI 48151-6090




RESURGENT
Capital Services

Account Number: *************4826
Original Creditor: Citibank, N.A.
Current Owner: LVNV Funding LLC
Reference ID: ████4573
Balance: $3,086.92
Accountholder Name: Shimshon Wexler

PDMQ1Y00400157

SHIMSHON WEXLER
1118 EMPIRE RD NE
ATLANTA, GA 30329-3847

February 18, 2021

Dear Shimshon Wexler,

We have received a recent inquiry regarding the above-referenced account and have enclosed the account summary which provides verification of debt.

To make a payment, please contact us at the toll free number provided.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,


Customer Service Department
Resurgent Capital Services L.P.

Enclosure

**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.


*Hours of Operation*
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday


*Address*
PO Box 10497
Greenville, SC 29603


*Contact Numbers*
Toll Free Phone
1-866-464-1187
Toll Free Fax
1-866-467-0960


*Customer Portal*
Portal.Resurgent.com





SHIMSHON WEXLER
Member Since 2016 Account number ending in: 4826
Billing Period: 10/15/19-11/14/19

www.citicards.com
**Customer Service 1-855-473-4583**
TTY-hearing-impaired services only 1-800-325-2865
BOX 6500 SIOUX FALLS, SD 57117

NOVEMBER STATEMENT
Minimum payment due: $4,464.48
New balance as of 11/14/19: $4,464.48
Payment due date: 11/14/19

See the last page of this statement for important information about how to avoid paying interest on purchases.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39 and your APRs may be increased up to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay… | You will pay off the balance shown on this statement in about… | And you will end up paying an estimated total of… |
|---|---|---|
| Only the minimum payment | 1 month(s) | $4,464 |

For information about credit counseling services, call 1-877-337-8188.

## Account Summary
| | |
|---|---|
| Previous balance | $4,409.88 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$54.60 |
| **New balance** | **$4,464.48** |

## Credit Limit
Credit limit $3,990
Includes $0 cash advance limit

---

**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**

To download:
Text 'App15' to MyCiti (692484)
or go to your device's app store.
Or visit www.citicards.com

Minimum payment due $4,464.48
New balance $4,464.48
Payment due date 11/14/19

Amount enclosed:

Account number ending in 4826

000000 MC 32 A 0

SHIMSHON WEXLER
1856 BERKELEY MEWS NE
ATLANTA GA 30329-3361

CITI CARDS
PO Box 70166
Philadelphia PA 19176-0166

15009 0446448 0446448 0005500 0542418120650482b 1005

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| | |
|---|---|
| Total fees charged in this billing period | $0.00 |

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 11/14 | INTEREST CHARGED TO STANDARD PURCH | $54.60 |
| Total interest charged in this billing period | | $54.60 |

### 2019 totals year-to-date

| | |
|---|---|
| Total fees charged in 2019 | $184.00 |
| Total interest charged in 2019 | $299.64 |

### Interest charge calculation

Days in billing cycle: 31

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 14.49% (V) | $4,436.24 (D) | $54.60 |
| ADVANCES | | | |
| Standard Adv | 26.74% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

### Account messages

Your Citi® Double Cash Card now allows you to convert your cash rewards to ThankYou® Points. As part of this change, the "Redeeming Cash Rewards" provision of your card's terms and conditions has changed to include the new redemption option and the following details: You may visit www.citi.com or contact us at 1-855-473-4583 to redeem your cash rewards. There is a $1 minimum cash rewards balance required to convert cash rewards to ThankYou Points. To convert cash rewards to ThankYou Points your Card Account must be current at the time you convert. If you choose to convert cash rewards to ThankYou Points, the ThankYou Points you obtain will be governed by the ThankYou Terms and Conditions for Double Cash, as may be amended, from time to time, in our sole discretion. To enable you to convert cash rewards to ThankYou Points and to understand the value of ThankYou Points, we will set up and link a ThankYou Account to your Double Cash Account when you click on "Convert to Points" on the Double Cash redemption page. We may also provide information about your ThankYou Account to retailers and merchants that participate in the Citi ThankYou Rewards loyalty program ("Participating Partners"). If you add your card to an account you have with a Participating Partner, and you use or have used your card to make a purchase, you may be automatically enrolled in a program that enables you to use ThankYou Points with that Participating Partner at checkout. You will receive an email confirming this enrollment. You may also be able to link your ThankYou Account to certain Participating Partners through a self registration process.

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

©2018 Citibank, N.A.
Citi, Citi with Arc Design are registered service marks of Citigroup Inc.



# ACCOUNT SUMMARY REPORT
2/18/2021 4:12:17 PM

*This account summary has been prepared by Resurgent Capital Services on behalf of LVNV Funding LLC. It is not a credit card or other account statement from the original creditor.*

| Borrower Information | | Current Account Information | |
|---|---|---|---|
| **Name:** | SHIMSHON WEXLER | **Owner:** | LVNV Funding LLC |
| **Address:** | 1118 Empire Rd NE | **Resurgent Reference #:** | ▮▮▮▮4573 |
| **City:** | Atlanta | **Original Creditor:** | Citibank, N.A. |
| **State:** | GA | **Account Number:** | XXXXXXXXXXXX4826 |
| **Zip Code:** | 30329-3847 | **Current Balance Due:** | $3086.92 |
| | | **Date of Last Payment:** | 02/15/2021 |

## Historical Account Information

| | |
|---|---|
| **The original creditor for this account was:** | Citibank, N.A. |
| | 5800 South Corporate Place |
| | Sioux Falls, SD 57108 |
| **The origination date with original creditor was:** | 12/25/2016 |
| **The account charge-off date was:** | 11/14/2019 |
| **The account charge-off amount was:** | $4,464.48 |
| **The account was acquired on or about:** | 03/12/2020 |
| **The account balance at time of acquisition:** | $4,409.88 |

*This communication is from a debt collector and this is an attempt to collect a debt. Any information obtained will be used for that purpose.*

