# EXHIBIT C

**From:** Michele <ContactCS@em4965.ecollect.resurgent.com>
**Date:** March 25, 2021 at 3:41:04 PM EDT
**To:** swexleresq@gmail.com
**Subject: Shimshon, You're on the right track. Don't give up.**
**Reply-To:** Michele <ContactCS@em4965.ecollect.resurgent.com>

You're one step closer to being debt free! Log in now to see discounts.

⚠ Unsubscribe if you don't want to receive emails from us.

⚠ This important message is for Shimshon Wexler. If you are not this person please delete this email.



## The Choice is Yours!

Hi Shimshon,

We're sorry to see that you missed your last payment on the account ending in 4826. We want to help you start a debt free life today!

You have many flexible options to choose from including a **personalized repayment plan** that fits your new normal.

Get started now by logging in to the Resurgent Customer Portal for **easy and convenient self-service options** or give us a call at 1-866-312-1354 to speak with a member of our Customer Care Team!

Our call center is open day and night to assist you with any questions you may have!

[Click Here to See Offers](#)

[Click to Call](#)

We'll be reaching out regularly so please add us to your address book.

Hours of Operation:
Monday - Thursday 8am-9pm EST
Friday 8am-7pm EST
Saturday 8am-5pm EST
Sunday 9am-5pm EST

Copyright © 2017 Resurgent Capital Services, LP. All rights reserved

Phone: **1(866)559-6647**
55 Beattie Place, Suite 110
Greenville, SC 29601

Resurgent Account ID: 691154573
Ref Code: gnzrXncoM8

[Privacy](#) | [Unsubscribe](#)

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.