UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHIMSHON WEXLER, *on behalf of himself and all others similarly situated*,

                        Plaintiff,

-v-

LVNV FUNDING, LLC, and
RESURGENT CAPITAL SERVICES, LP,

                        Defendants.

---

22 Civ. 1348 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On February 17, 2022, plaintiff filed the complaint in this action. Dkt. 1. On April 21, 2022, the complaint was served on both defendants, making their deadline to answer or otherwise respond to the complaint May 12, 2022. *See* Dkts. 9, 10. On May 12, 2022, defendants moved to compel arbitration and to dismiss. Dkt. 15. Plaintiff's opposition to the motion to compel, if any, will be due May 26, 2022. Defendants' reply, if any, will be due June 2, 2022.

SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: May 13, 2022
         New York, New York