PETER G. SIACHOS
PSIACHOS@GRSM.COM
DIRECT DIAL: (646) 808-6358

Admitted In:  NY, NJ, SC, DC and PA



ATTORNEYS AT LAW
ONE BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY  10004
WWW.GRSM.COM

June 2, 2022

**VIA ECF**

Hon. Paul A. Engelmayer
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    **Wexler v. LVNV Funding, LLC**
             **Case No. 1:22-cv-01348-PAE**

Dear Judge Engelmayer:

    We represent Defendants LVNV Funding, LLC and Resurgent Capital Services LP ("Defendants") in the above-referenced matter. On May 12, 2022, Defendants filed a motion to compel arbitration and to dismiss. (Dkt 15). On May 26, 2022, Plaintiff filed opposition. Defendants' reply is currently due June 2, 2022.

    Defendants are respectfully requesting an extension to submit their reply to June 8, 2022. No prior request has been made for an extension. Plaintiff's counsel has consented to the extension.

    We thank Your Honor for your attention to this matter.

                                Respectfully submitted,

                                GORDON REES SCULLY MANSUKHANI, LLP

                                *s/ Peter G. Siachos*

                                PETER G. SIACHOS

cc:    All Counsel of Record – Via ECF