UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
SHIMSHON WEXLER                                          Civil Action No. 1:22-cv-01348-PAE
on behalf of himself and all others similarly
situated
                          Plaintiff,

        v.


LVNV FUNDING, LLC; and
RESURGENT CAPITAL SERVICES LP;


                          Defendants.
--------------------------------------------------------X


### NOTICE OF MOTION FOR LEAVE TO TAKE LIMITED DISCOVERY AND TO STAY DEFENDANTS' MOTION TO COMPEL ARBITRATION

        **PLEASE TAKE NOTICE** that Plaintiff, through his counsel, Law Offices of Gus Michael Farinella, PC, will move before the United States District Court, Southern District of New York, at the courthouse located at 40 Foley Square, New York, New York 10007, for an Order pursuant to Fed. R. Civ. P. 56(d) to take limited discovery and stay Defendants' Motion to Compel Arbitration.

        **PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiff relies upon the accompanying Memorandum of Law and Plaintiff also submits a proposed Order.

        Dated:  July 8, 2022


                                        The Law Offices of Gus Michael Farinella, PC


                                                /s/ Ryan Gentile
                                By:_____
                                          Ryan Gentile, Esq.
                                          110 Jericho Turnpike – Suite 100
                                          Floral Park, NY 11001
                                        Tel: 516-326-2333
                                        rlg@lawgmf.com