UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHIMSHON WEXLER, *On Behalf of Himself and All Others Similarly Situated,*

          Plaintiff,

-v-

LVNV FUNDING, and RESURGENT CAPITAL SERVICES, LP,

          Defendants.

22 Civ. 1348 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received plaintiff's motion for discovery and stay the pending motion to compel arbitration. Dkts. 21, 22. Defendants are directed, by July 22, 2022 to file their opposition motion. The Court does not invite a reply. The Court will hold the motion to compel arbitration, Dkt. 15, in abeyance pending the instant motion for discovery.

    SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 8, 2022
       New York, New York