PETER G. SIACHOS
PSIACHOS@GRSM.COM
DIRECT DIAL: (646) 808-6358

Admitted In:  NY, NJ, SC, DC and PA



ATTORNEYS AT LAW
ONE BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY  10004
WWW.GRSM.COM

November 30, 2022

**VIA ECF**

Honorable Paul A. Engelmayer, U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

    **Re:** **Wexler v. LVNV Funding, LLC**
          **Case No. 1:22-cv-01348-PAE**

Dear Judge Engelmayer:

    We represent Defendants LVNV Funding, LLC and Resurgent Capital Services LP ("Defendants") in the above-referenced matter. We write with regard to the Order entered on November 28, 2022 (Dkt 30).

    Previously, on November 23, 2022, Defendants produced the following agreements (Dkt 27):

1. The Bill of Sale and Assignment pursuant to which Citibank, N.A. ("Citibank") transfers, sells, and assigns the account to Sherman Originator III LLC ("SO III");
2. The Transfer and Assignment pursuant to which SO III transfers, sells, and assigns the account to Sherman Originator LLC and then Sherman Originator LLC transfers, sells, and assigns the account to LVNV Funding LLC; and
3. The Limited Power of Attorney pursuant to which LVNV Funding LLC grants Resurgent Capital Services LP the power to manage its accounts.

    On November 28, 2022, the Court entered an Order directing Defendants to produce the Master Purchase and Sale Agreement and Addendum (collectively, the "MPA") that is referenced in the Bill of Sale and Assignment between Citibank and SO III by today. Please be advised that Defendants are currently not in possession of the MPA. It is also Defendants' understanding that there is likely confidential trade information in the MPA that Citibank and/or SO III may object to disclosing.

    Defendants are respectfully requesting an additional three weeks to meet and confer with Citibank and SO III to potentially obtain the MPA and produce it to the Court with the redaction of confidential trade information and/or other proofs regarding the contents of the MPA the Court may deem sufficient.

Honorable Paul A. Engelmayer, U.S.D.J.
November 30, 2022
Page 2

                                                                                       Respectfully submitted,

                                                                                       GORDON REES SCULLY MANSUKHANI, LLP

                                                                                       *s/ Peter G. Siachos*

                                                                                       PETER G. SIACHOS

cc:      All Counsel of Record – Via ECF