UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIMSHON WEXLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LVNV FUNDING, LLC and RESURGENT CAPITAL SERVICES LP,<br><br>Defendants. | Civil Action No. 1:22-cv-01348<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

This matter, having previously been compelled to arbitration and stayed pursuant to the Order dated June 30, 2023 (D.E. No. 46), and now that the arbitration has been completed, it is hereby stipulated and agreed by and between the undersigned counsel that Plaintiff Shimshon Wexler voluntarily dismisses his claims in this matter against Defendants LVNV Funding, LLC and Resurgent Capital Services LP with prejudice and without costs pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

Dated: July 23, 2024

THE LAW OFFICE OF GUS MICHAEL FARINELLA, PC
*Attorneys for Plaintiff*
*Shimshon Wexler*

By: _____
Ryan Gentile, Esq.

251-73 Jericho Turnpike, Suite 203
Bellrose, NY 11426
Telephone: (516) 326-2333

GORDON REES SCULLY MANSUKHANI, LLP
*Attorneys for Defendants*
*LVNV Funding, LLC and Resurgent Capital Services, LP*

By: _____
Stephanie Imbornone, Esq.

1 Battery Park Paza, 28th Floor
New York, NY 10004
Telephone: (973) 549-2500